## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | Nan R. Nolan |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 147 - 1 | **DATE** | 05/12/08 |
| **CASE TITLE** |  | USA vs. Delores Adair | |

**DOCKET ENTRY TEXT**

**Initial appearance** proceedings held. Defendant Delores Adair appears in response to arrest on 05/12/08. Defendant informed of her rights. Enter order appointing Robert D Seeder of the Federal Defender Program/Panel as counsel for defendant. Government and defendant agree on certain conditions of release. **Arraignment** proceedings held. Defendant waives formal reading of the Indictment and enters a plea of not guilty. Rule 16 conference to be completed by 05/19/08. Pretrial motions are due by 06/02/08. Responses to be filed by 06/16/08. Status hearing before **Judge Lefkow** is set for 06/18/08 at 9:30 a.m. Time is hereby excluded from 05/12/08 to and including 06/18/08. (X-E)

Docketing to mail notices.

00:10

Courtroom Deputy Initials: LXS