# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

USA
v.
ADair

**FILED**
5-12-08
MAY 1 2 2008

MAGISTRATE JUDGE NAN R. NOLAN
UNITED STATES DISTRICT COURT

Case Number:

08 CR 147
08 CR 147

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DELORES    ADair

| NAME (Type or print) |
|---|
| Robert D. Seeder |

**SIGNATURE** (Use electronic signature if the appearance form is filed electronically)

s/ Robert D. Seeder

**FIRM**

FEDERAL DEFENDER PROGRAM

**STREET ADDRESS**

55 E. Monroe Street, Suite 2800

**CITY/STATE/ZIP**

Chicago, Illinois    60603

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| | 312/621-8300 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☒