# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 147 | **DATE** | 6/18/2008 |
| **CASE TITLE** | USA vs. Deloris Adair | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 7/23/2008 at 9:30 a.m. Defendant's oral motion for additional time to file pretrial motions is granted to 7/18/2008. Presence of defendant is waived for the status on 7/23/2008. Oral motion of the Government to exclude time is granted without objection. In the interest of justice, the period beginning 6/18/2008 through 7/23/2008 is excluded pursuant to 18.3161(h)(1)(F). X-E

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | MD |
|---|---|---|